No. 97–7670. GOFF v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 97–7682. COLEMAN v. MILLER, GOVERNOR OF GEORGIA, ET AL. C. A. 11th Cir. Certiorari denied.

No. 97–7709. REEVIS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 97–7720. KIBLER v. UNITED STATES. C. A. Armed Forces. Certiorari denied.

No. 97–7722. TARKOWSKI v. ILLINOIS DEPARTMENT OF PUBLIC AID. Sup. Ct. Ill. Certiorari denied.

No. 97–7730. LANIER v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 97–7733. S. A. v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 97–7735. RESTREPO-VALENCIA v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 97–7744. ALPHONSE v. UNITED STATES; and
No. 97–7820. HUGHEY v. UNITED STATES. C. A. 4th Cir. Certiorari denied. Reported below: 129 F. 3d 117.

No. 97–7745. LOCKETT v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 97–7756. FITZGERALD v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 97–7757. GANNON v. COPELAND, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 97–7758. GUSTUS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 97–7759. BAIRD v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 97–7771. SMITH v. UNITED STATES. C. A. 11th Cir. Certiorari denied.